NEW YORK RAILWAYS COMPANY, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

(Submitted January 8, 1917; decided January 16, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 218 N. Y. 483.)

---

JOHN H. HILLIKER, Respondent and Appellant, *v.* EMILY RUEGER et al., Individually and as Executrices of JOHN RUEGER, Deceased, et al., Appellants and Respondents.

(Submitted January 8, 1917; decided January 16, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 334.)